# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MATTHEW KERSHNER,** <br> **Plaintiff,** | : <br> : <br> : |
| v. | :     **CIVIL ACTION NO. 17-4787** |
| **KOMATSU LTD.,** *et al.*, <br> **Defendants.** | : <br> : <br> : |

## ORDER

**AND NOW**, this 10th day of April 2018, upon consideration of Defendants' Joint Motion to Dismiss, or in the Alternative, to Transfer Venue or for a More Definite Statement [Doc. No. 3], the responses and replies thereto, and in accordance with the Memorandum Opinion issued this day, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. It is further **ORDERED** that the Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Western District of Pennsylvania **FORTHWITH**, and to **CLOSE** the case in the Eastern District of Pennsylvania.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**